UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRELL AINSWORTH, | No. 2:24-cv-1478 KJM AC P |
| Plaintiff, | |
| v. | ORDER |
| S. SHEPHERD, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding without an attorney in a civil rights action pursuant to 42 U.S.C. § 1983. This proceeding was referred to the magistrate judge by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1). On January 27, 2025, the undersigned issued findings and recommendations recommending that plaintiff's motions for preliminary injunctions (ECF Nos. 8, 10) be denied. ECF No. 18. Plaintiff was given fourteen days to file objections, which he did. ECF Nos. 20, 21. The findings and recommendations are now pending before the district judge.

On February 13, 2025, plaintiff filed a notice of temporary change of address and a motion for extension of time for any pending deadlines. ECF No. 22. There are currently no pending deadlines. Accordingly, IT IS HEREBY ORDERED that plaintiff's motion (ECF No. 22) is denied.

DATED: February 19, 2025

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE