UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRELL AINSWORTH, | No. 2:24-cv-1478 KJM AC P |
| Plaintiff, | |
| v. | ORDER |
| S. SHEPHERD, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding without an attorney, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 27, 2025, the magistrate judge filed findings and recommendations, which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 18. Plaintiff has filed objections to the findings and recommendations. ECF Nos. 20, 21.[1]

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

---

[1] The court disregards the "supplemental objections" at ECF No. 27, as unauthorized.

1

1    Accordingly, IT IS HEREBY ORDERED that:

2    1. The findings and recommendations (ECF No. 18) are adopted in full;

3    2. Plaintiff's request for leave to proceed in forma pauperis (ECF No. 2) is denied;

4    3. Plaintiff is ordered to pay the entire $405 in required fees within thirty days or will face dismissal of the case; and

6    4. Plaintiff's motions for preliminary injunctions (ECF No. 8, 10) are denied.

7    DATED: May 28, 2025.

*[signature]*
UNITED STATES DISTRICT JUDGE