1

2

3

4

5

6

7

8                     UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   TYRELL AINSWORTH,                         No.  2:24-cv-1478 KJM AC P

12              Plaintiff,
                                                FINDINGS AND RECOMMENDATIONS
13          v.

14   SHEPHERD, et al.,

15              Defendants.

16

17          By order filed May 29, 2025, plaintiff was ordered to pay the filing fee within thirty days

18   and was cautioned that failure to do so would result in dismissal of this action.  ECF No. 30.

19   Plaintiff appealed.  ECF No. 31.  After plaintiff failed to pay the appellate court filing fee, his

20   appeal was dismissed, and the order become the mandate of the court.  ECF No. 36.  The thirty-

21   day period for plaintiff to pay the filing fee in this action has long expired and plaintiff has not

22   paid the filing fee or otherwise responded to the order.

23          Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without

24   prejudice.

25          These findings and recommendations are submitted to the United States District Judge

26   assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

27   after being served with these findings and recommendations, plaintiff may file written objections

28   with the court.  Such a document should be captioned "Objections to Magistrate Judge's Findings

1

and Recommendations."  Plaintiff is advised that failure to file objections within the specified

time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153

(9th Cir. 1991).

DATED: December 29, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2